NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

PERRY PUBLICATIONS, INC., Palm
Beach Post-Times and Pensacola News
Journal Divisions, Respondents.

No. 23357.

United States Court of Appeals
Fifth Circuit.

March 27, 1967.

Rehearing Denied May 25, 1967.

Marcel Mallet-Prevost, Asst. Gen.
Counsel, Bernard M. Dworski, Atty.,
Arnold Ordman, Gen. Counsel, Dominick
L. Manoli, Associate Gen. Counsel, Nancy
M. Sherman, Attys., N.L.R.B., Washing-
ton, D. C., for petitioner.

J. R. Goldthwaite, Jr., Atlanta, Ga.,
for intervenor.

Harrison C. Thompson, Jr., of Shackle-
ford, Farrior, Stallings, Glos & Evans,
Tampa, Fla., for respondents.

Before PHILLIPS,* THORNBERRY
and DYER, Circuit Judges.

PER CURIAM:

This case is before the court on a peti-
tion to enforce an order of the National
Labor Relations Board against Perry
Publications, Inc., Palm Beach Post-
Times and Pensacola News Journal Divi-
sions.

On a consideration of the record as
a whole, we are of the opinion that the
factual findings and conclusions of the
Board are supported by substantial evi-
dence; that such findings and conclu-
sions afford a proper legal basis for
the Board's order; and that the record
reflects no legal ground on which a denial
of enforcement could be predicated.

We think it would serve no useful
purpose to delineate the evidentiary facts
reflected in four printed volumes of the
record.

The order will be enforced.

* Of the Tenth Circuit, sitting by designation.